AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ROBERT D. HARDY,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. 2:12-CV-715**

**COMMISSIONER OF**     **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 18, 2014, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), sentence four.**

Date:  March 18, 2014                     JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk