UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert D. Hardy,

    Plaintiff,

v.

    Case No. 2:12-cv-00715
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 24, 2014. (ECF No. 36.) The time for filing objections to the Report and Recommendation has passed and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **GRANTS** Plaintiff's motion for attorney fees (ECF No. 33), and **AWARDS** Plaintiff's attorney a fee of $3,299.88.

IT IS SO ORDERED.

9-4-2014

DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE